IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. BRAWNER, III, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-6131 |
| | : | |
| v. | : | |
| | : | |
| EDUCATION MANAGEMENT CORPORATION, ART INSTITUTE of PHILADELPHIA, U.S. CONGRESSMAN CHAKA FATTAH, U.S. SENATOR OLYMPIA SNOWE, PENNSYLVANIA DEP'T of EDUCATION, U.S. DEP'T of EDUCATION, ACICS, and ACCST, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 27th day of July 2012, upon consideration of the Motion to Strike [Plaintiff's responsive pleading] or for Leave to Submit [a] Reply Brief and Response in Opposition filed by Defendant U.S. Congressman Fattah (Doc. No. 38), it is **ORDERED** that the Motion (Doc. No. 38) is **GRANTED in part and DENIED in part**. As noted footnote 5 of the accompanying Opinion dated July 26, 2012, the Court will not strike Plaintiff's responsive pleading (Doc. No. 34) from the record. The Court will grant the alternative Motion for Leave to Submit [a] Reply Brief and has construed the arguments contained in the brief as a reply to Plaintiff's responsive pleadings.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.