IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. BRAWNER, III, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-6131 |
| | : | |
| v. | : | |
| | : | |
| EDUCATION MANAGEMENT CORPORATION, | : | |
| ART INSTITUTE of PHILADELPHIA, | : | |
| U.S. CONGRESSMAN CHAKA FATTAH, | : | |
| U.S. SENATOR OLYMPIA SNOWE, | : | |
| PENNSYLVANIA DEP'T of EDUCATION, | : | |
| U.S. DEP'T of EDUCATION, | : | |
| ACICS, and ACCST, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of July 2012, upon consideration of the Motion to Substitute the United States as Defendant filed by Defendants U.S. Senator Snowe and the U.S. Department of Education ("U.S. DOE") (Doc. No. 31), it is **ORDERED** that the Motion (Doc. No. 31) is **GRANTED**.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.